UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Douglas Bley, Steve Adams, Joanne Sobelman, and Jeffrey L. Wood, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ClickShip Direct, Inc., a Minnesota corporation; and DAMARK INTERNATIONAL, INC., d/b/a Provell, a Minnesota corporation,<br><br>Defendants. | **Court file no. 01-CV-661 MJD/SRN**<br><br>STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND |

STIPULATION

The parties, through their undersigned counsel, hereby stipulate and agree that the time for Defendants ClickShip Direct, Inc., and Damark International, Inc., d/b/a Provell, to answer or otherwise respond to Plaintiffs' Complaint is and shall be extended to and including May 16, 2001.

FLYNN & GASKINS, L.L.P.

Barbara Jean D'Aquila, #2112X
John J. Laravuso, #259123
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500
fax (612) 333-9579

ATTORNEYS FOR DEFENDANTS

FILED MAY 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

MANSFIELD TANICK & COHEN, P.A.

Seymour J. Mansfield, #67271
V. John Ella, #249282
900 Second Avenue South, #1560
Minneapolis, MN 55402-3383
(612) 339-4295
fax (612) 339-3161

SPRENGER & LANG, P.L.L.C.
Susan M. Coler, #217620
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
fax (612) 871-9270

ATTORNEYS FOR PLAINTIFFS

**ORDER**

It is hereby ordered, in accordance with the above-reached stipulation, that the time for Defendants ClickShip Direct, Inc., and Damark International, Inc., d/b/a Provell, to answer or otherwise respond to Plaintiffs' Complaint is and shall be extended to and including May 16, 2001.

BY THE COURT:

May 8, 2001

United Stated Magistrate Judge Susan Richard Nelson