UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Douglas Bley, Steve Adams, Joanne Sobelman, and Jeffrey L. Wood, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

ClickShip Direct, Inc., a Minnesota corporation; and DAMARK INTERNATIONAL, INC., d/b/a Provell, a Minnesota corporation,

Defendants.

**File No. 01-CV-661 MJD/SRN**

**STIPULATION REGARDING PRETRIAL SCHEDULING ORDER**
AND ORDER

WHEREAS, the Defendants in the above referenced matter have recently filed a substitution of counsel;

WHEREAS, the parties agree that certain modifications to the November 14, 2001 Pretrial Scheduling Order, issued by the United States Magistrate Judge Susan Richard Nelson, may be made to accommodate Defendants' change of counsel without changing the motion and trial ready deadlines; and

WHEREAS, the parties are amenable to such modifications,

**STIPULATION**

The parties, through their undersigned counsel, hereby stipulate to the following modifications to the Pretrial Scheduling Order:

FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

1. Disclosure of the identity of expert witness and full disclosure of expert testimony accompanied by the written report prepared and signed by the expert witness shall occur as follows:

A. Party with burden of proof on or before April 15, 2002

B. Rebuttal disclosure on or before May 15, 2002

2. Discovery to be completed by May 15, 2001 with the exception of expert depositions which may be scheduled after that date.

Dated: February 4, 2002

**SPRENGER & LANG, P.L.L.C.**

By: [signature]

Susan M. Coler (#217621)
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910

Dated: February__, 2002

**MANSFIELD, TANICK & COHEN, P.A.**

Seymour J. Mansfield (#67271)
V. John Ella (#249282)
Brian R. Dockendorf (#302715)
1560 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3383
(612) 339-4295

**ATTORNEYS FOR PLAINTIFFS**

Dated: February 18, 2002

**FAEGRE & BENSON, L.L.P.**

By: ______________________
David J. Goldstein (# 175572
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612)-336-3000

**ATTORNEYS FOR DEFENDANTS**

IT IS SO ORDERED:

Feb. 19, 2002

BY THE COURT:

______________________
Susan Richard Nelson
United States Magistrate Judge